FILED

2006 NOV 30 AM 8:39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGELIO LNU (4),<br><br>Defendant. | Criminal Case No. 98cr0966R<br><br>PROPOSED ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant ROGELIO LNU is dismissed.

IT IS FURTHER ORDERED that any warrants issued for this defendant in this case be recalled.

DATED: 11/28/06

JOHN S. RHOADES
UNITED STATES DISTRICT COURT JUDGE